## NEVELS *et al. v.* GOLDEN.

GILBERT, J. Where one gives notice of his intention to close a private way, but has not actually obstructed the same, the statutory remedies for removing obstructions do not apply. In a proper case injunction may issue to prevent the threatened injury. In the cases of *Simmons* v. *Lindsay,* 144 *Ga.* 845 (88 S. E. 199), and *Adair* v. *Spellman Seminary,* 13 *Ga. App.* 600 (79 S. E. 589), the obstructions actually existed at the time the injunction issued; and therefore these cases do not conflict with the ruling here made. The evidence authorized the verdict, and none of the assignments of error require a reversal.

*Judgment affirmed. All the Justices concur.*
MAY 18, 1917.

Equitable petition. Before Judge Cox. Worth superior court. February 12, 1916.

*Passmore & Forehand,* for plaintiffs in error.

*James H. Tipton,* contra.

---

## DANIEL *v.* THE STATE.

FISH, C. J. There being no complaint that any error of law was committed during the trial, and there being evidence sufficient to authorize the verdict, the refusal of a new trial was not error.

*Judgment affirmed. All the Justices concur.*
No. 220.    MAY 18, 1917.

Indictment for murder. Before Judge Graham. Pulaski superior court. January 29, 1917.

*H. F. Lawson* and *H. E. Coates,* for plaintiff in error.

*Clifford Walker,* attorney-general, *W. A. Wooten,* solicitor-general, and *M. C. Bennet,* contra.